# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2014

147412 & (64)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/
      Cross-Appellee,

v

                                     SC: 147412
                                     COA: 310193
                                     Livingston CC: 00-011454-FC

SANDY RUSSELL GLOVER a/k/a
SANDY RUSSEL GLOVER a/k/a
SANDY ALEXANDER GLOVER,
      Defendant-Appellee/
      Cross-Appellant.

_____/

      By order of September 18, 2013, the application for leave to appeal the May 21, 2013 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant were held in abeyance pending the decision in *People v Johnson* (Docket No. 145477). On order of the Court, the case having been decided on December 26, 2013, 495 Mich 919 (2013), the application and the application for leave to appeal as cross-appellant are again considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



p0325

                                       Clerk